Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Edward A Bent | Case No.: 24–41158 WJL 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's order(s) or notice(s) below, filed on August 6, 2024. Therefore, it is ordered that this case be **dismissed**.

- ☒ Order to File Required Documents and Notice of Automatic Dismissal
- ☐ Order and Notice Regarding Failure to Pay Filing Fee
- ☐ Notice of Failure to Provide Debtor(s) Social Security Number, Employer Identification Number and/or List of Creditors
- ☐ Order Granting the Application to Pay Filing Fee in Installments
- ☐ Other:

Dated: 8/26/24

By the Court:

William J. Lafferty
United States Bankruptcy Judge

Case: 24-41158    Doc# 17    Filed: 08/26/24    Entered: 08/26/24 14:45:17    Page 1 of 1